In the Matter of the Claim of NICHOLAS CIVITANOVA, Appellant, against LOUIS PALMA et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

Submitted February 25, 1942; decided April 16, 1942.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* and *Henry Epstein* of counsel), for State Industrial Board, appellant.

*William B. Davis* and *E. C. Sherwood* for Travelers Insurance Company, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH and LEWIS, JJ. Dissenting: RIPPEY, CONWAY and DESMOND, JJ.